## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-885-GW-MARx | Date | April 10, 2025 |
| Title | *Stacy Kraebel v. Siemens Industry, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Suzanne McKinnon | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Trevor G. Moran

Attorneys Present for Defendants:  
Alexander Polishuk  
Armida Derzakarian

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT [14]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiff's Motion [14] was issued on April 8, 2025 [21]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiff's Motion is DENIED.

Court and counsel discuss scheduling. The Court sets a hearing on Plaintiff's Motion for Class Certification for October 9, 2025 at 8:30 a.m. The parties are to stipulate to the briefing scheduling, except the Reply, which is due by September 25, 2025.

The parties are to file a joint document re their position as to mediation by no later than April 17, 2025.

| | : | 17 |
|---|---|---|
| Initials of Preparer | JG | |