# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY KRAEBEL, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>SIEMENS INDUSTRY, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: CV 25-885-GW-MARx<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>First Street Courthouse<br>350 W. 1st Street<br>Los Angeles, CA 90012<br><br>Action Filed: January 2, 2025<br>Action removed: January 31, 2025 |

---

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 2:25-cv-00885-GW (MAR)

## <u>ORDER GRANTING STIPULATION</u>

Having reviewed and considered the Stipulation of Plaintiff Stacy Kraebel and Defendant Siemens Industry, Inc seeking an order remanding the *Kraebel* Class Action to the Los Angeles Superior Court, and finding good cause therefore, the Court hereby **GRANTS** the Parties' Stipulation.  Pursuant to the Parties' Stipulation, the *Kraebel* Class Action is hereby **REMANDED** to the Superior Court of the State of California in and for the County of Los Angeles as Case No. 25STCV00036.

**IT IS SO ORDERED.**

DATED: March 11, 2026

_____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT
Case No. 2:25-cv-00885-GW (MAR)